IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE AYALA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 07-2623 |
| | : | |
| MICHAEL J. ASTRUE, Commissioner | : | |
| of the Social Security Administration, | : | |
| Defendant | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 19th day of May, 2008, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document #8), and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document #11), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and,

2. Plaintiff's Request for Remand is **DENIED**.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.